DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE ZOLDAN,**
Appellant,

v.

**THE ENTRADA CONDOMINIUM, INC.,**
Appellee.

No. 4D2024-2196

[March 26, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE13-010631.

Kenzie N. Sadlak of Kenzie N. Sadlak, PA, Miami, for appellant.

Kevin D. Franz of Boyd & Jenerette, P.A., Boca Raton, and Jennifer L. Aybar of Boyd & Jenerette, P.A., Maitland, for appellee.

PER CURIAM.

We reverse the trial court's order denying Appellant's motion to disburse funds in the court registry and remand for further proceedings.

The court entered a final judgment that determined that Appellant is entitled to a portion of escrowed funds that are held in the court registry. Both parties have appealed from the final judgment in 4D2024-2199, which is pending with this Court.

Appellant then moved to disburse the funds from the court registry. The trial court denied Appellant's motion, and this appeal followed.

Appellant mistakenly filed this case as an appeal from a nonfinal order. Nothing remains to be done below except enforcement. The order denying disbursement is final, and we redesignate it as such. *See, e.g., Lenmar Realty, LLC v. Sun Elec. Works, Inc.*, 317 So. 3d 125, 130 (Fla. 4th DCA 2021) (reviewing the denial of disbursement of registry funds along with the final judgment on appeal).

The trial court erred in refusing to disburse to Appellant the funds which he is owed under the judgment merely because of the pending appeal. Absent a stay under Florida Rule of Appellate Procedure 9.310, a court must enforce the final judgment and disburse registry funds once entitlement is finally determined. *Waterhouse v. McDevitt & St. Co.*, 387 So. 2d 470, 473 (Fla. 5th DCA 1980).

Neither party applied for a stay or posted a supersedeas bond to stay the final judgment's enforcement. Thus, the court had no basis to refuse to disburse to Appellant the funds which he is owed under the judgment.

*Reversed and remanded.*

WARNER, DAMOORGIAN and GERBER, JJ., concur.

\*       \*       \*

**Not final until disposition of timely filed motion for rehearing.**